**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Gregory**<br>First name<br><br>**C**<br>Middle name<br><br>**Hologa, II**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-4387** | |

Debtor 1   **Gregory C Hologa, II**                                    Case number *(if known)* _____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business name or EINs.

**FDBA  Dynasty Plumbing Group LLC**
**FDBA  G & M Plumbing Inc**

Business name(s)
FEIN Dynasty Plumbing Group LLC 46-2506643

EINs
FEIN G & M Plumbing Inc.      36-4191634

☐ I have not used any business name or EINs.

Business name(s)

EINs

**5.** **Where you live**

**1412 C Suzy St.**
**Sandwich, IL 60548-9324**
Number, Street, City, State & ZIP Code

**La Salle**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Gregory C Hologa, II**                                Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ■ Yes.

| Debtor | **Daniel and Colleen Humphris** | | Relationship to you | **Partner - Dynasty Plumbing** |
| District | **Northern Dist - Illinois** | When | **2/23/17** | Case number, if known | **17-05277** |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

    - ☐ No. Go to line 12.
    - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **Gregory C Hologa, II**                                              Case number *(if known)*

---

**Part 3:**   **Report About Any Businesses You Own as a Sole Proprietor**

---

12. **Are you a sole proprietor of any full- or part-time business?**

    A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

    If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

    ☑ No.   Go to Part 4.

    ☐ Yes.   Name and location of business

    _____
    Name of business, if any

    _____

    _____
    Number, Street, City, State & ZIP Code

    *Check the appropriate box to describe your business:*

    ☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐   None of the above

---

13. **Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

    For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

    *If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

    ☑ No.   I am not filing under Chapter 11.

    ☐ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

    ☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

---

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

    *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

    ☑ No.

    ☐ Yes.   What is the hazard?   _____

    If immediate attention is needed, why is it needed?   _____

    Where is the property?   _____

    _____
    Number, Street, City, State & Zip Code

---

Debtor 1    **Gregory C Hologa, II**                                           Case number *(if known)*

| **Part 5:** | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

■ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gregory C Hologa, II**

**Gregory C Hologa, II**                                    _____
Signature of Debtor 1                                      Signature of Debtor 2

Executed on    **February 22, 2018**                       Executed on    _____
                MM / DD / YYYY                                            MM / DD / YYYY

Debtor 1    **Gregory C Hologa, II**    Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Craig C Westfall**                                        Date    **February 22, 2018**

Signature of Attorney for Debtor                                    MM / DD / YYYY

**Craig C Westfall**
Printed name

**Nigro, Westfall & Gryska, P.C.**
Firm name

**1793 Bloomingdale Rd.**
**Suite 2**
**Glendale Heights, IL 60139-3800**
Number, Street, City, State & ZIP Code

Contact phone    **630-682-9872**                    Email address    **craig@nigrowestfall.com**

**02990520 IL**
Bar number & State

---

Certificate Number: 15725-ILN-CC-030561268



15725-ILN-CC-030561268

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>February 12, 2018</u>, at <u>6:39</u> o'clock <u>PM EST</u>, <u>Gregory Hologa 2Nd</u> received from <u>001 Debtorcc, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Northern District of Illinois</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>February 12, 2018</u>          By:     <u>/s/Landes Thomas</u>

                                        Name:   <u>Landes Thomas</u>

                                        Title:   <u>Counselor</u>

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:     Summarize Your Assets

| | **Your assets**<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B................................................ | $          80,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B...................................... | $          72,170.94 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................ | $         152,170.94 |

### Part 2:     Summarize Your Liabilities

| | **Your liabilities**<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $         152,010.31 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*............................... | $         125,000.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $         201,379.18 |
| **Your total liabilities** | $         478,389.49 |

### Part 3:     Summarize Your Income and Expenses

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.............................................................. | $           6,082.80 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $           5,772.49 |

### Part 4:     Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information          page 1 of 2

Debtor 1    **Gregory C Hologa, II**

Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 125,000.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 55,000.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ | 180,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |

☐ Check if this is an amended filing

## Official Form 106A/B
## Schedule A/B: Property                                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
■ Yes.  Where is the property?

**1.1**

**1412 C Suzy St**
Street address, if available, or other description

**Sandwich      IL      60548-9324**
City          State      ZIP Code

**La Salle**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment pro
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**1/2 ownership in single family home Value $160,000**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$160,000.00** | **$80,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Mortgage**

☐ Check if this is community property (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here..........................................................................=>**

| |
|---|
| **$80,000.00** |

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)* _____

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
■ Yes

| | | |
|---|---|---|
| 3.1 | Make: **Chevrolet** | **Who has an interest in the property?** Check one |
| | Model: **Equinox LS** | ■ Debtor 1 only |
| | Year: **2013** | ☐ Debtor 2 only |
| | Approximate mileage: **45000** | ☐ Debtor 1 and Debtor 2 only |
| | Other information: | ☐ At least one of the debtors and another |

Other information: **Spouse drives this auto  mainly**

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $14,000.00 | $14,000.00 |

---

| | | |
|---|---|---|
| 3.2 | Make: **Chevrolet** | **Who has an interest in the property?** Check one |
| | Model: **Corvette, collector** | ■ Debtor 1 only |
| | Year: | ☐ Debtor 2 only |
| | Approximate mileage: | ☐ Debtor 1 and Debtor 2 only |
| | Other information: | ☐ At least one of the debtors and another |

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $23,500.00 | $23,500.00 |

---

| | | |
|---|---|---|
| 3.3 | Make: **Pontiac** | **Who has an interest in the property?** Check one |
| | Model: **G6** | ☐ Debtor 1 only |
| | Year: **2006** | ☐ Debtor 2 only |
| | Approximate mileage: **140000** | ☐ Debtor 1 and Debtor 2 only |
| | Other information: | ■ At least one of the debtors and another |

Other information: **1/2 interest in 2nd car  Value $4000.00**

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $4,000.00 | $2,000.00 |

---

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5   Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................................................................=>

| |
|---|
| $39,500.00 |

| Part 3: | Describe Your Personal and  Household Items |
|---|---|

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes. Describe.....

| Household good and furnishings for 2 people  1200+ squ. foot house 1/2 value of $1,000.00 | $500.00 |
|---|---|

Debtor 1    **Gregory C Hologa, II**                                                    Case number *(if known)* _____

---

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices
   including cell phones, cameras, media players, games

   ☐ No

   ■ Yes.  Describe.....

   | Basic TV  Laptops and phones<br>1/2 value of $700.00 | $350.00 |
   |---|---|

---

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
   other collections, memorabilia, collectibles

   ☐ No

   ■ Yes.  Describe.....

   | sports memorabilia<br>Michael Jordan Team Autographed Jersey $3,500.00<br>Steve Yzerman Autographed Red Wing Jersey-$1,000.00<br>Bart Starr Autographed Helmet-$1,557.00 | $6,057.00 |
   |---|---|

---

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
   musical instruments

   ☐ No

   ■ Yes.  Describe.....

   | Exercise bike, Tanning bed, eliptical,<br>1/2 value of $1500 | $750.00 |
   |---|---|

---

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ■ No

    ☐ Yes.  Describe.....

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ■ Yes.  Describe.....

    | basic clothing and coats for northern climate | $500.00 |
    |---|---|

---

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ■ No

    ☐ Yes.  Describe.....

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☐ No

    ■ Yes.  Describe.....

    | 1 Yellow Lab - 13 years old<br>1 Brussel Griffon - 10 years old | $0.00 |
    |---|---|

---

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ■ No

    ☐ Yes.  Give specific information.....

---

Debtor 1    **Gregory C Hologa, II**                                Case number *(if known)*

---

15.  **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
     **for Part 3. Write that number here** ............................................................................................                    | **$8,157.00** |

---

**Part 4:    Describe Your Financial Assets**

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16.  **Cash**
     *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
     ■ No
     ☐ Yes....................................................................................................

17.  **Deposits of money**
     *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
     institutions. If you have multiple accounts with the same institution, list each.
     ■ No
     ☐ Yes........................                    Institution name:

18.  **Bonds, mutual funds, or publicly traded stocks**
     *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
     ■ No
     ☐ Yes.................                    Institution or issuer name:

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and**
     **joint venture**
     ☐ No
     ■ Yes.  Give specific information about them...................

     Name of entity:                                        % of ownership:

     **50% interest in Dynasty Plumbing Group - out of**
     **business**
     **50% interest in G & M Plumbing Incorporated -**
     **involuntary dissolved**                              %                    **$0.00**

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
     *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
     *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
     ■ No
     ☐ Yes. Give specific information about them
     Issuer name:

21.  **Retirement or pension accounts**
     *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
     ☐ No
     ■ Yes. List each account separately.
     Type of account:                    Institution name:

     **Pension; 403(b)**                  **Retirement Savings Statement pension and**
                                          **403b plans - Home Builders**
                                          **Fidelity**                            **$1,400.00**

     **Pension**                          **Plumbers' Pension Fund 130 would pay**
                                          **$1,530.00 a month today if debtor retired.**      **Unknown**

22.  **Security deposits and prepayments**
     Your share of all unused deposits you have made so that you may continue service or use from a company
     *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
     ■ No

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Gregory C Hologa, II**                                        Case number *(if known)* _____

☐ Yes. ....................                                    Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes.............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes.............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ☐ No
   ■ Yes.  Give specific information about them...

| | |
|---|---|
| Cook County J14034<br>Journeyman Plumber's License  exp 4/2018 | $0.00 |

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| 2015 and 2016 ind. refunds due to Greg;<br>   Subject to IRS/Illinois Department of<br>   Revenue garnishments and liens.<br>   Filed December 2017 | $15,899.00 |

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
          benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ☐ No
   ■ Yes. Name the insurance company of each policy and list its value.
          Company name:                          Beneficiary:                          Surrender or refund
                                                                                          value:

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)* _____

**Country Financial Whole life**
**#xxxxxxx6445**
**Cash Value  (-$2,519.41)**
**Cash value 2017 $238,549.10**
**+Dividends $87,488.40**
**$326,037.50**
**-loan $328,556.91**
**Cash value $-2,519.41**
**loan- $328,556.91**                    **Jennifer Hologa**                              **$0.00**

**Country Financial xxxxx8872**
**Cash value: $8,831.10**
**-Loan $8,190.68**
**- $491.44 fees**
**Surrender value $148.98**              **Jennifer Hologa**                            **$148.98**

32. **Any interest in property that is due you from someone who has died**
     If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
     someone has died.
     ■ No
     ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
     *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
     ☐ No
     ■ Yes.  Describe each claim.........

|  |  |
|---|---|
| **Daniel Humphris**<br>**Colleen Humphris**<br>**contribution for debts of Dynasty** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
     ■ No
     ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
     ■ No
     ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached**
     **for Part 4. Write that number here**...................................................................................................................    **$17,447.98**

| **Part 5:** | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

37. **Do you own or have any legal or equitable interest in any business-related property?**
     ☐ No. Go to Part 6.
     ■ Yes.  Go to line 38.

                                                                    **Current value of the**
                                                                    **portion you own?**
                                                                    Do not deduct secured
                                                                    claims or exemptions.

38. **Accounts receivable or commissions you already earned**
     ☐ No
     ■ Yes.  Describe.....

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)*

| | |
|---|---|
| 50% equitable interest as a 50% shareholder of Dynasty Plumbing<br>uncollectable    amounts of $126,355.71<br>see attached list A subject to lien of National Funding | **$0.00** |

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| 50% equitable value,  Office Equipment and Furnishings of<br>Dynasty Plumbing<br>see attached list B subject to lien of National Funding<br>$9,146.00  / 2  x 20% | **$614.60** |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Old Tools of the trade - Personal of debtor<br>power tools - drills, sawzal, chop saws<br>cords, ladder, saw blades, fitting trays lights | **$1,500.00** |

| | |
|---|---|
| 50 % equitable interest as a 50% sharholder of Dynasty Plumbing<br>Group<br>please see attached list B subject to lien of National Funding<br>$31202.28  /2  x 20% | **$3,120.28** |

41. **Inventory**
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| 50% equitable interest as a 50% shareholder of Dynasty Plumbing<br>Group<br>please see attached list B Subjection to lien of National Funding<br>$18,310.76 /2  x 20% | **$1,831.08** |

42. **Interests in partnerships or joint ventures**
    ■ No
    ☐ Yes.  Give specific information about them...................
                    Name of entity:    % of ownership:

43. **Customer lists, mailing lists, or other compilations**
    ■ No.
    ☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ■ No
        ☐ Yes.  Describe.....

44. **Any business-related property you did not already list**
    ■ No
    ☐ Yes. Give specific information.........

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)* _____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**..............................................................................................................    **$7,065.96**

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership
■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ...................................    **$0.00**

**Part 8:**    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...............................................................................................................    **$80,000.00**

56. **Part 2: Total vehicles, line 5**    **$39,500.00**
57. **Part 3: Total personal and household items, line 15**    **$8,157.00**
58. **Part 4: Total financial assets, line 36**    **$17,447.98**
59. **Part 5: Total business-related property, line 45**    **$7,065.96**
60. **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**
61. **Part 7: Total other property not listed, line 54**    +    **$0.00**

62. **Total personal property.** Add lines 56 through 61...    **$72,170.94**    Copy personal property total    **$72,170.94**

63. **Total of all property on Schedule A/B.** Add line 55 + line 62    **$152,170.94**

04/06/18
Accrual Basis

**Dynasty Plumbing Group, LLC**
**Invoices for All Customers**
All Transactions

| Customer | Num | Due Date | Open Balance |
|---|---|---|---|
| All-Bry Construction Company:Bowen High School | 00196 | 09/23/2015 | 3,574.81 |
| A.G.A.E. Contractors, Inc.:Forest Preserve - Tinley Creek & Calumet | 00203 | 10/24/2015 | 1,348.35 |
| Blinderman Construction Company, Inc.:Lincoln Elementary | 00205 | 10/24/2015 | 0.01 |
| A&B Exteriors, LLC:Lot 16 | 00226 | 03/30/2016 | 426.00 |
| Blinderman Construction Company, Inc.:Lincoln Elementary | 00227 | 04/13/2016 | 4,512.44 |
| K.R. Miller Contractors, Inc.:Columbia Explorers | 00228 | 04/14/2016 | 5,200.00 |
| Blue Yonder Inc.:Lovell FHCC Bldg 133 | 00229 | 03/30/2016 | 28,715.99 |
| Blue Yonder Inc.:Lovell FHCC Bldg 133 | 00230 | 04/24/2016 | 29,170.15 |
| **Total INVOICES** | | | **72,947.75** |

| | Open Balance |
|---|---|
| Blue Yonder Inc.:Lovell FHCC Bldg 133 | 23,504.22 |
| Blinderman Construction Company, Inc.:Lincoln Elementary | 13,417.14 |
| Plata Corporation:FPDCC - General Headquaters | 4,952.00 |
| Burling Builders, Inc.:Camp Shabbona | 8,000.00 |
| Accel Pacific JV:Navy Food Court | 2,534.60 |
| **Total RETENTION** | **52,407.96** |

| | |
|---|---|
| **TOTAL ACCOUNTS RECEIVABLE** | **126,355.71** |



Page 1 of 1

EXHIBIT
A

Scanned



### Dynasty Plumbing Group, LLC Inventory

#### Summary of Assets

2/5/16

| | |
|---|---|
| Equipment & Tool Assets Total | 31,202.28 |
| Material Assets Total | 18,310.76 |
| Office Assets Total | 9,146.00 |
| Office Supply Assets Total | TBD |

**TOTAL ASSET SUMMARY**                    58,659.04

1    12" crescent wrench

EXHIBIT

B

Scanned by

Dynasty Plumbing Group, LLC Inventory                    2/5/16

## Tools/Equipment

| | | |
|---|---|---|
| 1 | Furnace for lead pot with hose and regulator (for melting lead) | 212.63 |
| 2 | Lead Pot | 24.74 |
| 1 | Lead Ladle - 4# | 22.45 |
| 1 | Lead Ladle - 8# | 38.96 |
| 2 | Lead Pot Shield | 172.80 |
| 3 | 10# propane tank | 89.91 |
| 4 | 20# propane tank | 227.88 |
| 1 | Foam gun | 212.87 |
| 1 | Powder actuated anchor gun | 542.37 |
| 1 | 1-1/16 - 1-1/4" water main wrench | 19.97 |
| 1 | 6" rubber running rope | 27.22 |
| 1 | 8" rubber running rope | 140.00 |
| 1 | Hand Cart | 87.98 |
| 1 | 6' Johnson Bar | 152.34 |
| 1 | 1/2" drive socket set | 39.97 |
| 17 | 14" x 3/32" x 1" chop saw blades | 144.33 |
| 1 | Hand held grinder | 59.00 |
| 1 | Torpedo level | 39.35 |
| 1 | 24" aluminum level | 19.97 |
| 1 | 24" level | 14.89 |
| 1 | 48" level | 49.98 |
| 1 box | Scaffold pins | 20.00 |
| 1 | Drop cloth | 26.98 |
| 1 | Electric 3 way plug | 16.97 |
| 2 | 50' extension cord | 23.94 |
| 1 | 25' garden hose | 18.97 |
| 1 | 50' garden hose | 29.97 |
| 1 | 100' underground tape | 16.97 |
| 1 | Cat's paw | 9.96 |
| 1 | 2" flaring tool | 58.80 |
| 3 | Caulk gun | 17.91 |
| 2 | Spade shovel - Fiberglass | 63.94 |
| 1 | Spade shovel - Wood | 22.84 |
| 2 | Pick Axe - Fiberglass | 80.00 |
| 2 | Pick Axe - Wood | 72.88 |
| 3 | Sledge hammer | 95.91 |
| 2 | Soil snapper | 995.10 |
| 1 | 2" square head b-box key | 28.95 |
| 50 | Econo plugs | 167.50 |
| 2 | Pry bars | 170.72 |
| 1 | Rubber mallet | 7.98 |
| 2 | Claw hammer | 9.92 |
| 1 | Ball pien hammer | 14.98 |
| 3 | Hack saws | 31.32 |
| 1 | Inside caulk iron | 22.24 |
| 1 | Outside caulk iron | 22.24 |
| 1 | Ceiling caulk iron | 29.55 |
| 3 cans | Rustoleum green paint | 11.61 |
| 1 | 12" crescent wrench | 47.07 |

Dynasty Plumbing Group, LLC Inventory                                    2/5/16

## Tools/Equipment

| | | |
|---|---|---:|
| 1 | ABC fire extinguisher | 39.99 |
| 1 | Black & Decker 4-5/8" self feed wood drill bit | 197.33 |
| 35 | Cherne inflatable test balls | 796.25 |
| 15 | Cherne extension hose | 135.00 |
| 3 | Dewalt chop saw | 597.00 |
| 2 | Dewalt hand grinder | 118.00 |
| 1 | Dewalt 18 volt cordless drill | 99.00 |
| 1 | Dewalt 1/2" drill | 99.00 |
| 2 | Goss floor mount furnace | 305.88 |
| 1 | Hilti TE-2 sds hammer drill | 179.00 |
| 1 | Hilti 1-1/4" x 12" sds concrete drill bit | 84.97 |
| 11 | Hilti assorted sds drill bits | 272.24 |
| 2 | Knaac #42 gang box | 891.92 |
| 2 | Knaac #69 gang box | 2,798.00 |
| 1 | Lenox 21868 propane regulator, hose and handle | 210.16 |
| 5 | Milwaukee sawzall | 595.00 |
| 2 | Milwaukee cordless sawzall | 598.00 |
| 1 | Milwaukee cordless band saw | 199.00 |
| 1 | Milwaukee 1-1/8" self feed wood drill bit | 38.32 |
| 1 | Milwaukee 1-3/4" self feed wood drill bit | 41.48 |
| 2 | Milwaukee 2" self feed wood drill bit | 88.18 |
| 5 | Milwaukee 2-1/8" self feed wood drill bit | 225.10 |
| 2 | Milwaukee 2-9/16" self feed wood drill bit | 103.16 |
| 2 | Milwaukee 3" self feed wood drill bit | 246.72 |
| 4 | Milwaukee 3-5/8" self feed wood drill bit | 670.92 |
| 2 | Milwaukee 4-5/8" self feed wood drill bit | 394.66 |
| 1 | Nibco PC100 Pro Press Gun and Kit | 5,214.19 |
| 1 | Nibco PC 175 1-1/2" and 2" jaws for Press Gun | 3,601.55 |
| 1 | Nibco PC3 3" jaws for Press Gun | 2,612.65 |
| 1 | Nibco PC4 4" jaws for Press Gun | 2,612.65 |
| 1 | Reed TC3Q 3-1/8" tubing cutter | 103.10 |
| 1 | Rigid Tripod pipe vise | 433.27 |
| 10 | Rigid 14" pipe wrench | 310.00 |
| 1 | Rigid 18" pipe wrench | 42.98 |
| 1 | Rigid 24" pipe wrench | 63.98 |
| 1 | Rigid 36" pipe wrench | 73.74 |
| 1 | Rigid 48" aluminum pipe wrench | 456.34 |
| 1 | Rigid 154 4-1/2" tubing cutter | 119.95 |
| 1 | Sears 100' tape measure | 16.97 |
| 2 | Turbo Torch R5 regulator and hose | 320.32 |
| 1 | Turbo Torch R-LP regulator | 100.47 |
| 1 | Turbo Torch regulator, hose and handle | 381.00 |
| 1 | Werner 4' step ladder | 32.45 |
| 2 | Werner 5' step ladder | 95.98 |
| 2 | Werner 6' step ladder | 111.58 |

## Total                                                              31,202.28

| Quantity | Description | Condition | Est. Worth | Total |
|---|---|---|---|---|
| 3.00 | U-shaped desk w/ Hutch / Keyboard Platform / Task Light | Excellent | $ 1,279.00 | $ 3,837.00 |
| 1.00 | L-shaped reception desk w/ built in file drawer | Excellent | $ 500.00 | $ 500.00 |
| 1.00 | 4-cabinet Credenza | Excellent | $ 400.00 | $ 400.00 |
| 1.00 | Boat-shaped Conference Table | Excellent | $ 400.00 | $ 400.00 |
| 7.00 | Black Leather Rolling Desk Chair | Excellent | $ 100.00 | $ 700.00 |
| 3.00 | Black Mesh Back Rolling Desk Chair | Poor | $ 20.00 | $ 60.00 |
| 4.00 | Black Mesh Back Chair | Fair | $ 50.00 | $ 200.00 |
| 3.00 | 46x46 Glass Chair Mat | Fair | $ 175.00 | $ 525.00 |
| 1.00 | 36x46 Glass Chair Mat | Fair | $ 150.00 | $ 150.00 |
| 1.00 | Panasonic KX-TG4500B 4-Line Expandable Phone System | Fair | $ 200.00 | $ 200.00 |
| 3.00 | Panasonic KX-TGA450B Cordless Phone | Fair | $ 50.00 | $ 150.00 |
| 4.00 | A-1418 4-drawer Lateral All-Steel File Cabinets - Putty | Fair | $ 100.00 | $ 400.00 |
| 1.00 | Lenovo Ideacentre w/MS Office Home | Excellent | $ 300.00 | $ 300.00 |
| 1.00 | Lenovo 21.5" IPS Monitor | Excellent | $ 75.00 | $ 75.00 |
| 1.00 | Wireless USB Adapter | Excellent | $ 20.00 | $ 20.00 |
| 1.00 | Shredder | Excellent | $ 50.00 | $ 50.00 |
| 1.00 | Brother 4-in-one Printer/Fax/Copier/Scanner | Fair | $ 250.00 | $ 250.00 |
| 1.00 | Paper Cutter | Fair | $ 15.00 | $ 15.00 |
| 1.00 | Heavy Duty Stapler | Fair | $ 15.00 | $ 15.00 |
| 1.00 | Heavy Duty Staple Puller | Fair | $ 5.00 | $ 5.00 |
| 4.00 | Cork Boards (2x3) w/ Wood Trim | Fair | $ 10.00 | $ 40.00 |
| 1.00 | Locking Cash Box (lock broken) | Poor | $ 5.00 | $ 5.00 |
| 1.00 | Adding Machine | Excellent | $ 40.00 | $ 40.00 |
| 3.00 | Rolling File Drawers - Wood 2-drawer Locking w/ Keys | Excellent | $ 70.00 | $ 210.00 |
| 3.00 | Rolling File/Storage Drawers - Wood 3-drawer Locking w/ Keys | Excellent | $ 60.00 | $ 180.00 |
| 1.00 | Cardboard Paper Sorter (8 shelves) | Poor | $ 2.00 | $ 2.00 |
| 6.00 | Black Trash Cans | Fair | $ 5.00 | $ 30.00 |
| 1.00 | 2-Hole Puncher | Fair | $ 10.00 | $ 10.00 |
| 3.00 | Business Card Holders (desktop) | Fair | $ 3.00 | $ 9.00 |
| 3.00 | Clocks (different sizes & types) | Fair | $ 7.00 | $ 21.00 |
| 1.00 | Glass Candy Dish w/ lid | Fair | $ 3.00 | $ 3.00 |
| 1.00 | White Board (3x4) | Fair | $ 40.00 | $ 40.00 |
| 1.00 | White Board (5x6) | Fair | $ 70.00 | $ 70.00 |
| 1.00 | Pencil Sharpener - Electric | Fair | $ 10.00 | $ 10.00 |
| 3.00 | Stapler | Fair | $ 8.00 | $ 24.00 |
| 1.00 | Rolodex Address holder | Poor | $ 5.00 | $ 5.00 |
| 2.00 | Rolodex Adjustable Laptop Stands | Fair | $ 20.00 | $ 40.00 |
| 2.00 | Tape Dispenser | Fair | $ 10.00 | $ 20.00 |
| 1.00 | Microwave - small | Fair | $ 20.00 | $ 20.00 |
| 1.00 | Coffee Pot | Poor | $ 5.00 | $ 5.00 |
| 1.00 | Tall Kitchen Trash Can with lid | Fair | $ 8.00 | $ 8.00 |
| 1.00 | Toaster | Fair | $ 8.00 | $ 8.00 |
| 1.00 | Dish Set - 6 lrg plates, 4 sm plates, 6 bowls - Ceramic Brown | Fair | $ 10.00 | $ 10.00 |
| 1.00 | Glassware - 8 tall cups, 8 short cups - Glass Smoke | Fair | $ 5.00 | $ 5.00 |
| 1.00 | Microwave Food Cover - Plastic | Fair | $ 2.00 | $ 2.00 |
| 1.00 | Folding 2-step stool | Excellent | $ 10.00 | $ 10.00 |
| 1.00 | Kitchen Table w/ 3 chairs | Fair | $ 40.00 | $ 40.00 |
| 9.00 | Stacking File Holders | Fair | $ 3.00 | $ 27.00 |
| | | | | $ 9,146.00 |

Scanned by CamScanner

**Dynasty Plumbing Group, LLC Inventory**                    2/5/16

### Materials

| | | |
|---|---|---|
| 9 | Watts 3/4" male di-electris union | |
| 1 | Watts 3" swt ball valve | 27.98 |
| 2 | Watts FBV-4 1-1/2" ips ball valve | 134.15 |
| 1 | Watts #7 1/2" dual check valve | 68.22 |
| 5 | Watts PLT-5 expansion tank | 29.23 |
| 1 | Woodford recessed wall hydrant box | 147.20 |
| 1 | Woodford #24 chrome plated hose bibb | 179.80 |
| 1 | Woodford #24 rough brass hose bibb | 41.41 |
| 1 | Zurn 228-9 wall hung water closet trim kit | 41.41 |
| 1 | Zurn 350XL 3/4" testable dual check valve | 27.28 |
| 1 | Zurn Z6912 lavatory faucet | 192.51 |
| | | 150.00 |

**Total**                    18,310.76

Scanned by CamScanner

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt     **4/16**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:     Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **1412 C Suzy St Sandwich, IL 60548-9324  La Salle County 1/2 ownership in single family home Value $160,000** <br> Line from *Schedule A/B*: **1.1** | $80,000.00 | ☑ $1,329.80 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-901** |
| **2013 Chevrolet Equinox LS 45000 miles** <br> **Spouse drives this auto  mainly** <br> Line from *Schedule A/B*: **3.1** | $14,000.00 | ☑ $2,400.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(c)** |
| **2013 Chevrolet Equinox LS 45000 miles** <br> **Spouse drives this auto  mainly** <br> Line from *Schedule A/B*: **3.1** | $14,000.00 | ☑ $259.89 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **2006 Pontiac G6 140000 miles** <br> **1/2 interest in 2nd car  Value $4000.00** <br> Line from *Schedule A/B*: **3.3** | $2,000.00 | ☑ $2,000.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Household good and furnishings for 2 people  1200+ squ. foot house 1/2 value of $1,000.00** <br> Line from *Schedule A/B*: **6.1** | $500.00 | ☑ $500.00 <br> ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Gregory C Hologa, II**

_____
Case number (if known)

| Brief description of the property and line on _Schedule A/B_ that lists this property | Current value of the portion you own Copy the value from _Schedule A/B_ | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Basic TV  Laptops and phones 1/2 value of $700.00** Line from _Schedule A/B_: **7.1** | **$350.00** | ☒ **$350.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **sports memorabilia Michael Jordan Team Autographed Jersey $3,500.00 Steve Yzerman Autographed Red Wing Jersey-$1,000.00 Bart Starr Autographed Helmet-$1,557.00** Line from _Schedule A/B_: **8.1** | **$6,057.00** | ☒ **$140.11** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Exercise bike, Tanning bed, eliptical, 1/2 value of $1500** Line from _Schedule A/B_: **9.1** | **$750.00** | ☒ **$750.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **basic clothing and coats for northern climate** Line from _Schedule A/B_: **11.1** | **$500.00** | ☒ **$500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a)** |
| **1 Yellow Lab - 13 years old 1 Brussel Griffon - 10 years old** Line from _Schedule A/B_: **13.1** | **$0.00** | ☒ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Pension; 403(b): Retirement Savings Statement pension and 403b plans - Home Builders Fidelity** Line from _Schedule A/B_: **21.1** | **$1,400.00** | ☒ **$1,400.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **Pension: Plumbers' Pension Fund 130 would pay $1,530.00 a month today if debtor retired.** Line from _Schedule A/B_: **21.2** | **Unknown** | ☒ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| **2015 and 2016 ind. refunds due to Greg; Subject to IRS/Illinois Department of Revenue garnishments and liens.  Filed December 2017** Line from _Schedule A/B_: **28.1** | **$15,899.00** | ☒ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| **Country Financial Whole life #xxxxxxx6445 Cash Value  (-$2,519.41) Cash value 2017 $238,549.10 +Dividends $87,488.40 $326,037.50 -loan $328,556.91 Cash value $-2,519.41 loan- $328,556.91 Beneficiary: Jennifer Hologa** Line from _Schedule A/B_: **31.1** | **$0.00** | ☒ **$0.00** ☐ 100% of fair market value, up to any applicable statutory limit | **215 ILCS 5/238** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Gregory C Hologa, II**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Country Financial xxxxx8872**<br>**Cash value: $8,831.10**<br>**-Loan $8,190.68**<br>**- $491.44 fees**<br>**Surrender value $148.98**<br>**Beneficiary: Jennifer Hologa**<br>Line from *Schedule A/B*: **31.2** | $148.98 | ■ $148.98<br>☐ 100% of fair market value, up to any applicable statutory limit | **215 ILCS 5/238** |
| **Old Tools of the trade - Personal of debtor**<br>**power tools - drills, sawzal, chop saws**<br>**cords, ladder, saw blades, fitting trays lights**<br>Line from *Schedule A/B*: **40.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(d)** |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

| 2.1 | **Chase Mortgage -correspondence mail** | | **$7,000.00** | **$80,000.00** | **$0.00** |

Creditor's Name

Describe the property that secures the claim:

**1/2 Interest  1412 C Suzy St Sandwich, IL 60548-9324  La Salle County**
**1/2 ownership in single family home Value $160,000**

Mail code OH4-7302
PO Box 24696
Columbus, OH 43224-0696

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)   **First Mortgage**

Date debt was incurred                    Last 4 digits of account number   **1958**

| 2.2 | **Citizens One** | | **$11,340.11** | **$14,000.00** | **$0.00** |

Creditor's Name

Describe the property that secures the claim:

**2013 Chevrolet Equinox LS 45000 miles**
**Spouse drives this auto  mainly**

PO Box 7000
Providence, RI 02940

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **Gregory C Hologa, II**
     First Name        Middle Name        Last Name             Case number (if know)

☐ **Check if this claim relates to a**    ☐ Other (including a right to offset)
    **community debt**

Date debt was incurred             Last 4 digits of account number    3418

---

| 2.3 | **Heartland Bank** | Describe the property that secures the claim: | $47,367.50 | $80,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1/2 interest 1412 C Suzy St Sandwich, IL 60548-9324  La Salle County**
**1/2 ownership in single family home**
**Value $160,000**

**PO Box 24696**
**Columbus, OH**
**43224-0696**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a**
    **community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Second Mortgage**

Date debt was incurred   **2008**      Last 4 digits of account number   **0642**

---

| 2.4 | **Illinois Department Of Revenue** | Describe the property that secures the claim: | $7,818.82 | $80,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

**1412 C Suzy St Sandwich, IL 60548-9324  La Salle County**
**1/2 ownership in single family home**
**Value $160,000**

**PO Box 19035**
**Springfield, IL**
**62794-9035**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a**
    **community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Trade Debt-back taxes G & M**

Date debt was incurred           Last 4 digits of account number   **4387**

---

| 2.5 | **Illinois Department Of Revenue** | Describe the property that secures the claim: | $25,483.88 | $80,000.00 | $7,670.20 |
|---|---|---|---|---|---|

Creditor's Name

**1412 C Suzy St Sandwich, IL 60548-9324  La Salle County**
**1/2 ownership in single family home**
**Value $160,000**

**PO Box 19035**
**Springfield, IL**
**62794-9035**

As of the date you file, the claim is: Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

Nature of lien. Check all that apply.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Gregory C Hologa, II**                                    Case number (if know) _____

First Name          Middle Name          Last Name

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Trade Debt -Dynasty Plumbing back taxes**

Date debt was incurred _____   Last 4 digits of account number   **4387**

---

| 2.6 | **National Funding** | Describe the property that secures the claim: | $53,000.00 | $3,120.28 | $49,879.72 |

Creditor's Name

Describe the property that secures the claim:

**50 % equitable interest as a 50% sharholder of Dynasty Plumbing Group**
**please see attached list B subject to lien of National Funding**
**$31202.28  /2  x 20%**

**c/o Salisian Lee
550 S Hope St.  #750
Los Angeles, CA
90071-2627**

Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Trade Debt-UCC filing**

Date debt was incurred   **2014**   Last 4 digits of account number   **9446**

---

| Add the dollar value of your entries in Column A on this page. Write that number here: | **$152,010.31** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$152,010.31** |

---

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐   Name, Number, Street, City, State & Zip Code
**Barack Ferrazzano Kirschbaum & Nabe
200 W Madison
Suite 3900
Chicago, IL 60606**

On which line in Part 1 did you enter the creditor?   **2.6**
Last 4 digits of account number   **0005**

☐   Name, Number, Street, City, State & Zip Code
**Select Portfolio Servicing
General Correspondence
PO Box 65250
Salt Lake City, UT 84165-0250**

On which line in Part 1 did you enter the creditor?   **2.1**
Last 4 digits of account number   _____

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Service** | Last 4 digits of account number  **6643** | **$125,000.00** | **$125,000.00** | **$0.00** |
| | Priority Creditor's Name | | | | |
| | **Centralized Insolvency Operation** | When was the debt incurred? | | | |
| | **PO Box 7346** | | | | |
| | **Philadelphia, PA 19101-7346** | | | | |
| | Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | | | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
**Withholding -Dynasty -Trade Debt**

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ☐ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
|---|---|

Debtor 1   **Gregory C Hologa, II**

Case number (if know)

---

**4.1** | **Amazon Store Credit** | Last 4 digits of account number | **7845** | $352.69
Nonpriority Creditor's Name

**Synchrony Bank**
**PO Box 965038**
**Orlando, FL 32896-5033**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**

---

**4.2** | **American Express** | Last 4 digits of account number | **SR14** | $7,000.00
Nonpriority Creditor's Name

**PO Box 981535**
**El Paso, TX 79998-1535**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2014-2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Trade Debt**
                   **Legal DuPage  Small Claims**

---

**4.3** | **Capital One** | Last 4 digits of account number | **4729** | $4,468.33
Nonpriority Creditor's Name

**PO Box 85619**
**Richmond, VA 23285-5619**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2016- 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card purchases**
                   **LaSalle Lawsuit 2017SC1651**

---

Debtor 1    **Gregory C Hologa, II**

Case number (if know)

---

| 4.4 | **CAPITAL ONE** | Last 4 digits of account number | **9127** | **$144.86** |

Nonpriority Creditor's Name

**P.O. BOX 85015**
**RICHMOND, VA 23285-5015**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit card purchases**

---

| 4.5 | **Disney Vacation Club Management** | Last 4 digits of account number | **2000** | **$3,000.00** |

Nonpriority Creditor's Name

**Member Accounting**
**P.O Box 470727**
**Kissimmee, FL 34747**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Grand Floridian Resort Condo  Dues**

---

| 4.6 | **Edward Health Ventures** | Last 4 digits of account number | **4485** | **$249.00** |

Nonpriority Creditor's Name

**3471 Eagle Eay**
**Chicago, IL 60678-0001**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Medical**

---

Debtor 1  **Gregory C Hologa, II** _____   Case number *(if know)* _____

| 4.7 | **Edward Health Ventures** | Last 4 digits of account number | **0812** | **$676.26** |

Nonpriority Creditor's Name

**Merchants Credit Guide
223 W Jackson Blvd  #700
Chicago, IL 60606**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

| 4.8 | **Edward Health Ventures** | Last 4 digits of account number | **2096** | **$121.00** |

Nonpriority Creditor's Name

**26185 Network
Chicago, IL 60673-1261**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**   **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

| 4.9 | **Edward Health Ventures** | Last 4 digits of account number | | **$518.00** |

Nonpriority Creditor's Name

**3471 Eagle Eay
Chicago, IL 60678-0001**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

Debtor 1    **Gregory C Hologa, II**

---

| 4.10 | **Edward Hospital** | | Last 4 digits of account number | **0685** | | $16.18 |

Nonpriority Creditor's Name
**PO Box 4207**
**Carol Stream, IL 60197-4207**
Number Street City State Zip Code

When was the debt incurred?    **2015**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical - Edward Hospital**

---

| 4.11 | **Laborer's Pension Funds** | | Last 4 digits of account number | **dist** | | $29,000.00 |

Nonpriority Creditor's Name
**c/o 111 W Jackson**
**Suite 1415**
**Chicago, IL 60604**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ■ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

**Trade Debt; lawsuit  Federal**

---

| 4.12 | **Mancus Dental** | | Last 4 digits of account number | **0062** | | $224.97 |

Nonpriority Creditor's Name
**604 Center Pkwy**
**B**
**Yorkville, IL 60560-1690**
Number Street City State Zip Code

When was the debt incurred?    **2016**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Dental/Medical**

---

Debtor 1    **Gregory C Hologa, II**                                                        Case number (if know)

---

**4.1 3**

**Manley Deas Kochalski**
Nonpriority Creditor's Name
**PO Box 165028**
**Columbus, OH 43216**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **1817** | **$39,071.84** |

**When was the debt incurred?**    **December 2017**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Contract 13002322.000  Foreclosure of Palm Financial Services Villas at Disney's Grand Flordian Resort**

---

**4.1 4**

**Merchants Credit**
Nonpriority Creditor's Name
**223 W Jackson Blvd.**
**suite 700**
**Chicago, IL 60606**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **2418** | **$1,194.26** |

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Medical Edward Ventures**

---

**4.1 5**

**Pekin Insurance**
Nonpriority Creditor's Name
**2505 S Court St.**
**Pekin, IL 61558**
Number Street City State Zip Code
**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

| Last 4 digits of account number | **A589** | **$42,000.00** |

**When was the debt incurred?**    **2014-2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Trade Debt Insurance/bond Corporation**

---

Debtor 1   **Gregory C Hologa, II**                                     Case number (if know)

---

| 4.1 6 | **Platte River Insurance** | Last 4 digits of account number | **6559** | **$38,350.70** |

Nonpriority Creditor's Name

**c/o JoMax**
**9242 W Union Hills Suite 102**
**Peoria, AZ 85382**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ **No**

☐ Yes

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Trade Debt**
**Bond - 16630**
**Chicago journeymen Plumbers Local Union #130**

☐ Other. Specify

---

| 4.1 7 | **Plumbers Local 130 UA** | Last 4 digits of account number | **unty** | **Unknown** |

Nonpriority Creditor's Name

**c/o John Gregorio**
**Two N LaSalle #1650**
**Chicago, IL 60602**

Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☐ **No**

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Trade debt incorrectly listed as Plumbers Local 730 UA**
**Mechanic's Lien  Cook County bond**

☐ Other. Specify

---

Debtor 1    Gregory C Hologa, II

Case number (if know)

---

**4.1 8**

**Plumbers Pension Fund Local 130**

Nonpriority Creditor's Name

c/o Gregorio Marco
Two N LaSalle St. #1650
Chicago, IL 60602

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    llli                    $26,000.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☒ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

**Trade debt Lawsuit Federal Division**

---

**4.1 9**

**ProPower**

Nonpriority Creditor's Name

PO Box 207
Naperville, IL 60566

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    1593                    $3,791.24

**When was the debt incurred?**    2016

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Trade debt**
                     **Connor Co**
                     **PG of Greg and Dan**

---

**4.2 0**

**Rush Copley**

Nonpriority Creditor's Name

Billing
2000 Ogden Ave
Aurora, IL 60504

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number**    8094                    $2,021.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Medical**

---

Debtor 1   Gregory C Hologa, II

Case number (if know) _____

| 4.2<br>1 | **Sprint Services** | Last 4 digits of account number | 9757 | | $2,868.26 |

Nonpriority Creditor's Name

c/o McCarthy Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146

When was the debt incurred?   2016

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Trade Debt
Utility**

---

| 4.2<br>2 | **The Home Depot** | Last 4 digits of account number | 7936 | | $310.59 |

Nonpriority Creditor's Name

PO Box 9122
Des Moines, IA 50368-9122

When was the debt incurred?   2016

Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Credit card purchases**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Atlas**
PO Box 2091
Aurora, IL 60507-2091

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**BLITT AND GAINES, P.C.**
661 W Glenn Ave.
Wheeling, IL 60090

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**BLITT AND GAINES, P.C.**
661 W. Glenn Avenue
Wheeling, IL 60090

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CITIBANK**
BOX 6000

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.22** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims

Debtor 1    **Gregory C Hologa, II**                                                    Case number (if know)

**THE LAKES, NV 89163-6000**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Firstsource Advantage, LLC**<br>**205 Bryant Woods South**<br>**Amherst, NY 14228** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Jo Max Recovery Services**<br>**9242 W. Union Hills Dr.**<br>**#102**<br>**Peoria, AZ 85382** | Line **4.16** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Keynote Consulting**<br>**220 W Campus Dr.**<br>**#102**<br>**Arlington Heights, IL 60004** | Line **4.12** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **2229** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Merchants Credit**<br>**223 W Jackson Blvd.**<br>**suite 700**<br>**Chicago, IL 60606** | Line **4.8** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0855** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **MERCHANTS CREDIT GUIDE**<br>**223 W. JACKSON BLVD.**<br>**700**<br>**CHICAGO, IL 60606** | Line **4.6** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **0547** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **MERCHANTS CREDIT GUIDE**<br>**223 W. JACKSON BLVD.**<br>**CHICAGO, IL 60606** | Line **4.9** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PRA Recovery**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | Line **4.1** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **PRA Recovery**<br>**PO Box 12914**<br>**Norfolk, VA 23541** | Line **4.22** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Teller Levit & Silvertrust**<br>**11 E. Adams**<br>**#800**<br>**Chicago, IL 60603** | Line **4.15** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **United Collection**<br>**5620 Southwyck Blvd**<br>**Suite 206**<br>**Toledo, OH 43614** | Line **4.10** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number          **8170** |

Debtor 1   **Gregory C Hologa, II**                                    Case number (if know) _____

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 125,000.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 125,000.00 |

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 55,000.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 146,379.18 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 201,379.18 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ■ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name | |
| Number    Street | |
| City     State     ZIP Code | |
| **2.2** Name | |
| Number    Street | |
| City     State     ZIP Code | |
| **2.3** Name | |
| Number    Street | |
| City     State     ZIP Code | |
| **2.4** Name | |
| Number    Street | |
| City     State     ZIP Code | |
| **2.5** Name | |
| Number    Street | |
| City     State     ZIP Code | |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1 **Daniel Humphris/Colleen Humphris**<br>**7700 Baimbridge Dr.**<br>**Downers Grove, IL 60516** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.21**__<br>☐ Schedule G _____<br>**Sprint Services** |
| 3.2 **Daniel Humphris/Colleen Humphris**<br>**7700 Baimbridge Dr.**<br>**Downers Grove, IL 60516** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.11**__<br>☐ Schedule G _____<br>**Laborer's Pension Funds** |
| 3.3 **Daniel Humphris/Colleen Humphris**<br>**7700 Baimbridge Dr.**<br>**Downers Grove, IL 60516** | ■ Schedule D, line __**2.6**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**National Funding** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 **Gregory C Hologa, II** | Case number *(if known)* _____ |

| | |
|---|---|
| ██ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |

3.4  **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.15**___
☐ Schedule G _____
**Pekin Insurance**

3.5  **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.16**___
☐ Schedule G _____
**Platte River Insurance**

3.6  **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**
     **Co-owner of business - Dynasty**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.2**___
☐ Schedule G _____
**American Express**

3.7  **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.19**___
☐ Schedule G _____
**ProPower**

3.8  **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.17**___
☐ Schedule G _____
**Plumbers Local 130 UA**

3.9  **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.18**___
☐ Schedule G _____
**Plumbers Pension Fund Local 130**

3.10 **Daniel Humphris/Colleen Humphris**
     **7700 Baimbridge Dr.**
     **Downers Grove, IL 60516**

■ Schedule D, line ___**2.4**___
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Department Of Revenue**

Debtor 1   **Gregory C Hologa, II**                                        Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |
|---|---|

3.11   **Daniel Humphris/Colleen Humphris**
**7700 Baimbridge Dr.**
**Downers Grove, IL 60516**

■ Schedule D, line   **2.5**
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Department Of Revenue**

---

3.12   **Daniel Humphris/Colleen Humphris**
**7700 Baimbridge Dr.**
**Downers Grove, IL 60516**

☐ Schedule D, line _____
■ Schedule E/F, line   **2.1**
☐ Schedule G _____
**Internal Revenue Service**

---

3.13   **Dynasty Plumbing**
**1412 C Suzy Ct**
**Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.16**
☐ Schedule G _____
**Platte River Insurance**

---

3.14   **Dynasty Plumbing**
**1412 C Suzy Ct**
**Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.2**
☐ Schedule G _____
**American Express**

---

3.15   **Dynasty Plumbing**
**1412 C Suzy Ct**
**Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.11**
☐ Schedule G _____
**Laborer's Pension Funds**

---

3.16   **Dynasty Plumbing**
**1412 C Suzy Ct**
**Sandwich, IL 60548**

■ Schedule D, line   **2.6**
☐ Schedule E/F, line _____
☐ Schedule G _____
**National Funding**

---

3.17   **Dynasty Plumbing**
**1412 C Suzy Ct**
**Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line   **4.15**
☐ Schedule G _____
**Pekin Insurance**

---

Official Form 106H                     Schedule H: Your Codebtors                              Page 3 of 4

Debtor 1   **Gregory C Hologa, II**                                        Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|
| | *Column 1:* **Your codebtor** |

| | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |

3.18   **Dynasty Plumbing**
       **1412 C Suzy Ct**
       **Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.17____
☐ Schedule G _____
**Plumbers Local 130 UA**

---

3.19   **Dynasty Plumbing**
       **1412 C Suzy Ct**
       **Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.18____
☐ Schedule G _____
**Plumbers Pension Fund Local 130**

---

3.20   **Dynasty Plumbing**
       **1412 C Suzy Ct**
       **Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.19____
☐ Schedule G _____
**ProPower**

---

3.21   **Dynasty Plumbing**

■ Schedule D, line ____2.5____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Department Of Revenue**

---

3.22   **Dynasty Plumbing**
       **1412 C Suzy Ct**
       **Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line ____4.21____
☐ Schedule G _____
**Sprint Services**

---

3.23   **Dynasty Plumbing**
       **1412 C Suzy Ct**
       **Sandwich, IL 60548**

☐ Schedule D, line _____
■ Schedule E/F, line ____2.1____
☐ Schedule G _____
**Internal Revenue Service**

---

3.24   **G & M Plumbing**

■ Schedule D, line ____2.4____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Illinois Department Of Revenue**

---

3.25   **Jackie Hologa a/k/a Jackie Guthrie**

■ Schedule D, line ____2.1____
☐ Schedule E/F, line _____
☐ Schedule G _____
**Chase Mortgage -correspondence mail**

---

Fill in this information to identify your case:

Debtor 1          **Gregory C Hologa, II**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income                                                    12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Describe Employment**

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status\*** | ■ Employed<br>☐ Not employed | ■ Employed<br>☐ Not employed |
| **Occupation** | | |
| **Employer's name** | **Home Builders Institute** | **Delta Zee National Housing** |
| **Employer's address** | | **202 E Church St.**<br>**Oxford, OH 45056** |
| **How long employed there?** | | |

**\*See Attachment for Additional Employment Information**

**Part 2:**    **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 4,190.90 | $ 3,900.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 4,190.90 | $ 3,900.00 |

Debtor 1  **Gregory C Hologa, II**                                             Case number (*if known*) _____

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | **Copy line 4 here** | 4. | $ **4,190.90** | $ **3,900.00** |
| 5. | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **374.50** | $ **671.50** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **105.00** | $ **0.00** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **0.00** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **0.00** |
| | 5e. **Insurance** | 5e. | $ **831.20** | $ **25.90** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **0.00** |
| | 5g. **Union dues** | 5g. | $ **0.00** | $ **0.00** |
| | 5h. **Other deductions.** Specify: _____ | 5h.+ | $ **0.00** + | $ **0.00** |
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **1,310.70** | $ **697.40** |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **2,880.20** | $ **3,202.60** |
| 8. | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **0.00** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **0.00** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **0.00** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **0.00** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **0.00** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ **0.00** | $ **0.00** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **0.00** |
| | 8h. **Other monthly income.** Specify: _____ | 8h.+ | $ **0.00** + | $ **0.00** |
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **0.00** |
| 10. | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **2,880.20** + $ **3,202.60** = | $ **6,082.80** |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____                                                                       11. +$ **0.00**

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies                                                12. $ **6,082.80**
                                                                                         **Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain: _____

Debtor 1    **Gregory C Hologa, II**                                          Case number (*if known*)  _____

# Official Form B 6I
# Attachment for Additional Employment Information

| **Debtor** | |
|---|---|
| Occupation | |
| Name of Employer    **Spee Dee Delivery Service** | |
| How long employed | |
| Address of Employer | |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**  ☐ No

   Do not list Debtor 1 and Debtor 2.   ■ Yes. Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | **Son** | | ☐ No ■ Yes |
   | **Daughter** | | ☐ No ■ Yes |
   | **Son** | | ☐ No ■ Yes |
   | | | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

### Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 1,143.00 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 50.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 75.83 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 425.00 |

Debtor 1    **Gregory C Hologa, II**                                    Case number (if known)

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a.  $ | **219.00** |
| | 6b.  Water, sewer, garbage collection | 6b.  $ | **28.00** |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c.  $ | **319.45** |
| | 6d.  Other. Specify:  subscription - wifi services - tv- computer | 6d.  $ | **68.95** |
| 7. | **Food and housekeeping supplies** | 7.  $ | **1,310.00** |
| 8. | **Childcare and children's education costs** | 8.  $ | **320.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9.  $ | **35.00** |
| 10. | **Personal care products and services** | 10.  $ | **50.00** |
| 11. | **Medical and dental expenses** | 11.  $ | **0.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12.  $ | **320.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13.  $ | **35.00** |
| 14. | **Charitable contributions and religious donations** | 14.  $ | **0.00** |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a.  $ | **66.00** |
| | 15b.  Health insurance | 15b.  $ | **0.00** |
| | 15c.  Vehicle insurance | 15c.  $ | **158.36** |
| | 15d.  Other insurance. Specify: | 15d.  $ | **0.00** |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify:  **Garnishment -business taxes personal liability Illinois** | 16.  $ | **538.00** |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a.  $ | **360.90** |
| | 17b.  Car payments for Vehicle 2 | 17b.  $ | **0.00** |
| | 17c.  Other. Specify: | 17c.  $ | **0.00** |
| | 17d.  Other. Specify: | 17d.  $ | **0.00** |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as** | | |
| | **deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).** | 18.  $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19.  | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.* | | |
| | 20a.  Mortgages on other property | 20a.  $ | **0.00** |
| | 20b.  Real estate taxes | 20b.  $ | **0.00** |
| | 20c.  Property, homeowner's, or renter's insurance | 20c.  $ | **0.00** |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d.  $ | **0.00** |
| | 20e.  Homeowner's association or condominium dues | 20e.  $ | **0.00** |
| 21. | **Other:** Specify:  **Storage rental/expenses** | 21.  +$ | **200.00** |
| | **Pet/vet** | +$ | **50.00** |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.  Add lines 4 through 21. | $ | **5,772.49** |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | **5,772.49** |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a.  $ | **5,681.80** |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b.  -$ | **5,772.49** |
| | 23c.  Subtract your monthly expenses from your monthly income. | | |
| | The result is your *monthly net income.* | 23c.  $ | **-90.69** |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes.    Explain here:

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____        Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X **/s/ Gregory C Hologa, II** | X |
|---|---|
| **Gregory C Hologa, II** | |
| Signature of Debtor 1 | Signature of Debtor 2 |
| | |
| Date **February 22, 2018** | Date |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | |
| (if known) | |

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy                4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Give Details About Your Marital Status and Where You Lived Before**

1.    **What is your current marital status?**

☑ Married
☐ Not married

2.    **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.    **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2    Explain the Sources of Your Income**

4.    **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $7,000.00 | ☑ Wages, commissions, bonuses, tips | $7,200.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    **Gregory C Hologa, II**                                                                      Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $50,277.02 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $65,125.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $76,000.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| | ☐ Wages, commissions, bonuses, tips<br><br>■ Operating a business | $-105,017.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**

   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

   ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1    **Gregory C Hologa, II**    Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■ No
☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■ No
☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Plumbers Pension Fund Local v Dynasty Plumbing Group LLC** 2015CV08850 | **Dues** | **Northern district -Federal** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Citation to Discover Assets** |
| **Dynasty Plumbing Group LLC National Funding** 2017L050005 | **Civil** | **Cook County Law Div. Chicago, IL 60601** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Citation to Discover Assets** |
| **Laborers' Pension Fund vs Dynasty Plumbing** 2015CV11219 | **Dues** | **Northern Dist Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Citation to Discover Assets** |
| **Plumbers Local 730 UA v Dynasty et al (Plumbers Local 130 UA incorrectly listed and captioned as Plumbers Local 730 UA)** 2016CH119 | **Mechanic's Lien** | **Cook County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)*

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Pekin Insurance vs Dynasty**<br>**2016AR00544** | **Civil** | **DuPage** | ■ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Citation to Discover Assets** |
| **American Express vs**<br>**Dynasty/Humphris**<br>**2017SR000014** | **Civil** | **DuPage** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **Capital One v  Gregory C Hologa, II**<br>**2017SC001651** | **Small Claims -**<br>**open account** | **LaSalle County** | ☐ Pending<br>☐ On appeal<br>■ Concluded<br><br>**Judgment  1/30/2018** |

---

10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?
Check all that apply and fill in the details below.

☐ No. Go to line 11.
■ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the<br>property |
|---|---|---|---|
| **Disney Vacation Development**<br>**1390 Celebration Blvd**<br>**Kissimmee, FL 34747** | **time share - 2nd home in Florida**<br>**Sold at Foreclosure -bank purchased**<br>**$100.00  December, 2017**<br><br>☐ Property was repossessed.<br>☐ Property was foreclosed.<br>☐ Property was garnished.<br><br>■ Property was attached, seized or levied. | **December**<br>**2017** | **$100.00** |

---

11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?
■ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was<br>taken | Amount |
|---|---|---|---|

12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?
■ No
☐ Yes

---

Debtor 1    **Gregory C Hologa, II**                                     Case number (*if known*) _____

---

**Part 5:**    **List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☐ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| | | | |

**Part 6:**    **List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

■ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| | | | |

**Part 7:**    **List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
■ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Nigro, Westfall & Gryska, P.C.<br>1793 Bloomingdale Rd.<br>Suite 2<br>Glendale Heights, IL 60139-3800 | Attorney Fees and filing fees | October 12, 2017 | $2,335.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

■ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| | | | |

Debtor 1    **Gregory C Hologa, II**                                                           Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
■ Yes. Fill in the details.

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Gregory C Hologa II & Jennifer A Hologa<br>1412C Suzy Ct<br>Sandwich, IL 60548-9324<br><br>Husband & Wife | residential property - quit claimed to Tenants by Entirety | Single Family Home; Residence of debtor; $10.00 | January 8, 2018 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
■ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:**  List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Heartland Bank<br>PO Box 67<br>Bloomington, IL 61702-0067 | XXXX-3554 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | June 7, 2017 | $3.66 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

Debtor 1    **Gregory C Hologa, II**                                          Case number *(if known)*

**Part 9:**   Identify Property You Hold or Control for Someone Else

23.  **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☐  **No**
■  **Yes. Fill in the details.**

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| **Dynasty Plumbing 1412 C Suzy Ct Sandwich, IL 60548** | **Residence Sandwich, IL 60548** | **Accounts Receivables Total $125,355.71, see Schedule B attachments uncollectable      50% equitable interest** | $0.00 |
| **Dynasty Plumbing 1412 C Suzy Ct Sandwich, IL 60548** | **Residence and Gregory Hologa III storage 2496 N 45th Rd. Leland, IL 60531** | **Office Equipment   50% equitable interest in Dynasty Plumbing office equipment  x 20%** | $914.00 |
| **Dynasty Plumbing 1412 C Suzy Ct Sandwich, IL 60548** | **Residence and Gregory Hologa III storage 2496 N 45th Rd. Leland, IL 60531** | **Equipment & Tools assets 50% equitable interest, Dynasty Plumbing Eqiupment & tools assets 1/2 int  x 20%** | $3,120.20 |
| **Dynasty Plumbing 1412 C Suzy Ct Sandwich, IL 60548** | **Residence and Gregory Hologa III storage 2496 N 45th Rd. Leland, IL 60531** | **Material assets - total  50% equitable interest in Dynasty Plumbing material assets 1/2 int x 20%** | $1,831.76 |

**Part 10:**   Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■  *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

24.  **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  **Have you notified any governmental unit of any release of hazardous material?**

■  **No**
☐  **Yes. Fill in the details.**

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Debtor 1    **Gregory C Hologa, II**                                              Case number *(if known)*

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

    ■ No
    ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
| | | | |

---

**Part 11:**  Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

    ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

    ■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

    ☐ A partner in a partnership

    ☐ An officer, director, or managing executive of a corporation

    ■ An owner of at least 5% of the voting or equity securities of a corporation

    ☐ No. None of the above applies.  Go to Part 12.

    ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Dynasty Plumbing Group LLC**<br>**1412 C Suzy Ct**<br>**Sandwich, IL 60548** | **Plumbing** | EIN:      **46-2506643**<br><br>From-To  **-  2016** |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

    ☐ No
    ■ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| **National Funding**<br>**c/o Salisian Lee**<br>**550 S Hope St.  #750**<br>**Los Angeles, CA 90071-2627** | |

---

**Part 12:**  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Gregory C Hologa, II**
**Gregory C Hologa, II**                                   **Signature of Debtor 2**
**Signature of Debtor 1**

Date    **February 22, 2018**                              Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor 1    **Gregory C Hologa, II**                                    Case number *(if known)*

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gregory C Hologa, II** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number | _____ |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   List Your Creditors Who Have Secured Claims

1.  **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Chase Mortgage -correspondence mail**<br><br>Description of property securing debt: **1/2 Interest  1412 C Suzy St Sandwich, IL 60548-9324  La Salle County 1/2 ownership in single family home Value $160,000** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br><br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br><br>to make payments as agreed. | ☐ No<br><br>■ Yes |
| Creditor's name: **Citizens One**<br><br>Description of property securing debt: **2013 Chevrolet Equinox LS 45000 miles Spouse drives this auto  mainly** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>to make payments as agreed. | ☐ No<br><br>■ Yes |
| Creditor's **Heartland Bank** | ☐ Surrender the property. | ☐ No |

Official Form 108      **Statement of Intention for Individuals Filing Under Chapter 7**      page 1

Debtor 1    **Gregory C Hologa, II**                                  Case number (*if known*) _____

name:

☐ Retain the property and redeem it.                    ■ Yes

☐ Retain the property and enter into a
Description of      **1/2 interest 1412 C Suzy St**          *Reaffirmation Agreement.*
property            **Sandwich, IL 60548-9324  La**
securing debt:      **Salle County**                    ■ Retain the property and [explain]:
                    **1/2 ownership in single family**
                    **home**
                    **Value $160,000**                  **to make payments as agreed.** _____

| Part 2: | List Your Unexpired Personal Property Leases |
|---------|-----------------------------------------------|

**For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).**

| Describe your unexpired personal property leases | Will the lease be assumed? |
|--------------------------------------------------|----------------------------|
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased<br>Property: | ☐ No<br>☐ Yes |

| Part 3: | Sign Below |
|---------|------------|

**Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.**

X  **/s/ Gregory C Hologa, II**                         X  _____
   **Gregory C Hologa, II**                                Signature of Debtor 2
   Signature of Debtor 1

Date    **February 22, 2018**                           Date  _____

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

    **You are an individual filing for bankruptcy,** and

    **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

    Chapter 7 - Liquidation

    Chapter 11 - Reorganization

    Chapter 12 - Voluntary repayment plan for family farmers or fishermen

    Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

    most taxes;

    most student loans;

    domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
|   | $1,167 | filing fee |
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

<div style="border:1px solid gray">

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

</div>

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Gregory C Hologa, II** _____  Case No. _____

_____ Debtor(s)   Chapter **7** _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____  $ _____**2,000.00**

   Prior to the filing of this statement I have received _____  $ _____**2,000.00**

   Balance Due _____  $ _____**0.00**

2. $ **0.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**February 22, 2018** _____      /s/ **Craig C Westfall** _____
_Date_                                              **Craig C Westfall**
                                                    _Signature of Attorney_
                                                    **Nigro, Westfall & Gryska, P.C.**
                                                    **1793 Bloomingdale Rd.**
                                                    **Suite 2**
                                                    **Glendale Heights, IL 60139-3800**
                                                    **630-682-9872  Fax: 630-580-5696**
                                                    **craig@nigrowestfall.com**
                                                    _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Gregory C Hologa, II** _____   Case No. _____
                                              Debtor(s)          Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **42**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **February 22, 2018** _____      **/s/ Gregory C Hologa, II** _____
                                              **Gregory C Hologa, II**
                                              Signature of Debtor

Amazon Store Credit
Synchrony Bank
PO Box 965038
Orlando, FL 32896-5033


American Express
PO Box 981535
El Paso, TX 79998-1535


Atlas
PO Box 2091
Aurora, IL 60507-2091


Barack Ferrazzano Kirschbaum & Nabe
200 W Madison
Suite 3900
Chicago, IL 60606


BLITT AND GAINES, P.C.
661 W Glenn Ave.
Wheeling, IL 60090


BLITT AND GAINES, P.C.
661 W. Glenn Avenue
Wheeling, IL 60090


Capital One
PO Box 85619
Richmond, VA 23285-5619


CAPITAL ONE
P.O. BOX 85015
RICHMOND, VA 23285-5015


Chase Mortgage -correspondence mail
Mail code OH4-7302
PO Box 24696
Columbus, OH 43224-0696


CITIBANK
BOX 6000
THE LAKES, NV 89163-6000

Citizens One
PO Box 7000
Providence, RI 02940


Daniel Humphris/Colleen Humphris
7700 Baimbridge Dr.
Downers Grove, IL 60516


Disney Vacation Club Management
Member Accounting
P.O Box 470727
Kissimmee, FL 34747


Edward Health Ventures
3471 Eagle Eay
Chicago, IL 60678-0001


Edward Health Ventures
Merchants Credit Guide
223 W Jackson Blvd #700
Chicago, IL 60606


Edward Health Ventures
26185 Network
Chicago, IL 60673-1261


Edward Hospital
PO Box 4207
Carol Stream, IL 60197-4207


Firstsource Advantage, LLC
205 Bryant Woods South
Amherst, NY 14228


Heartland Bank
PO Box 24696
Columbus, OH 43224-0696


Illinois Department Of Revenue
PO Box 19035
Springfield, IL 62794-9035

```
Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


Jo Max Recovery Services
9242 W. Union Hills Dr.
#102
Peoria, AZ 85382


Keynote Consulting
220 W Campus Dr.
#102
Arlington Heights, IL 60004


Laborer's Pension Funds
c/o 111 W Jackson
Suite 1415
Chicago, IL 60604


Mancus Dental
604 Center Pkwy
B
Yorkville, IL 60560-1690


Manley Deas Kochalski
PO Box 165028
Columbus, OH 43216


Merchants Credit
223 W Jackson Blvd.
suite 700
Chicago, IL 60606


MERCHANTS CREDIT GUIDE
223 W. JACKSON BLVD.
700
CHICAGO, IL 60606


MERCHANTS CREDIT GUIDE
223 W. JACKSON BLVD.
CHICAGO, IL 60606
```

National Funding
c/o Salisian Lee
550 S Hope St. #750
Los Angeles, CA 90071-2627


Pekin Insurance
2505 S Court St.
Pekin, IL 61558


Platte River Insurance
c/o JoMax
9242 W Union Hills Suite 102
Peoria, AZ 85382


Plumbers Local 130 UA
c/o John Gregorio
Two N LaSalle #1650
Chicago, IL 60602


Plumbers Pension Fund Local 130
c/o Gregorio Marco
Two N LaSalle St. #1650
Chicago, IL 60602


PRA Recovery
PO Box 12914
Norfolk, VA 23541


ProPower
PO Box 207
Naperville, IL 60566


Rush Copley
Billing
2000 Ogden Ave
Aurora, IL 60504


Select Portfolio Servicing
General Correspondence
PO Box 65250
Salt Lake City, UT 84165-0250


Sprint Services
c/o McCarthy Burgess & Wolff
26000 Cannon Rd.
Bedford, OH 44146

Teller Levit & Silvertrust
11 E. Adams
#800
Chicago, IL 60603


The Home Depot
PO Box 9122
Des Moines, IA 50368-9122


United Collection
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614